FILED
John E. Triplett, Clerk of Court
United States District Court

By JamesBurrell at 2:44 pm, Nov 17, 2023

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

1:23cr-66

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | 16 U.S.C. § 3372 |
| | ) | Violation of the Lacey Act |
| CHARLES CLIFFORD | ) | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT ONE
*Violation of the Lacey Act*
16 U.S.C. § 3372(a)(2)(A)

Beginning in or about July of 2019 and continuing until on or about August 12, 2020, in Columbia County, in the Southern District of Georgia and elsewhere, the defendant,

**CHARLES CLIFFORD,**

did knowingly transport and sell in interstate commerce, wildlife, namely live Box Turtles (Terrapene Carolina), knowing that said nongame species of wildlife were taken, possessed, transported, and sold in violation of state law, to wit, the Official Code of Georgia Annotated Sections 27-1-28(a) and 27-1-2, subparagraph 29.2.

All in violation of Title 16 United States Code 3372(a)(2)(A).

*(Signatures on Following Page)*

**JILL E. STEINBERG**
**UNITED STATES ATTORNEY**

09/18/2023
Date

E. Greg Gilluly, Jr
Deputy Chief, Criminal Division

09/18/2023
Date

Darron J. Hubbard
IL Bar No. 6313078
Assistant United States Attorney