IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 123-066 |
| | * |
| CHARLES CLIFFORD | * |

## ORDER

Before the Court in the captioned case is Defendant Charles Clifford's motion for early termination of probation. On May 2, 2024, Defendant was sentenced to serve three years' probation with forty hours of community service and to pay a $100 special assessment and $5,000 fine. Defendant has now served over one year of probation with no violations. He has completed his community service and paid his financial penalties in full. Neither the United States Probation Office nor the United States Attorney's Office opposes early termination. Accordingly, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of probation (doc. 29) is **GRANTED**. Defendant Charles Clifford is discharged from probation upon entry of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of June, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA